IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. & SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KONINKLIJKE KPN N.V. & NEDERLANDSE ORGANISATIE VOOR TOEGEPAST NATUURWETENSCHAPPELIJK ONDERZOEK TNO, <br><br> Defendants. | C.A. No. _____ <br><br> **DEMAND FOR JURY TRIAL** |

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), by and through their undersigned attorneys, hereby move for leave to file under seal the Complaint (and attached exhibits) against Defendants Koninklijke KPN N.V. ("KPN") and Nederlandse Organisatie voor Toegepast Natuurwetenschappelijk Onderzoek TNO ("TNO") and, in support thereof, state as follows:

1. Samsung's Complaint seeks the declaratory judgment of non-infringement as to U.S. Patent Nos. 8,601,141; 10,419,910; 9,820,134; 10,103,887; 9,699,820; 9,438,572; 9,913,072; and 9,372,098.

2. A substantial amount of information cited and relied upon in the Complaint consists of references to, discussions of, and communications regarding the terms of a Settlement, License, and Non-Assertion Agreement between Samsung and KPN, which are to be kept confidential and not to be disclosed publicly. The Complaint also cites and relies upon Samsung's

sensitive and proprietary technical and product information. To the best of Samsung's knowledge, none of this information is publicly available.

3. Accordingly, because of the confidential nature of the information contained in the Complaint (and attached exhibits), Samsung respectfully submits that good cause exists to file the Complaint (and attached exhibits) under seal.

4. Attached as **Exhibit A** is a redacted public version of the Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave to File the Complaint Under Seal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

*/s/ Rodger D. Smith II*

Sean Pak
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com

*Attorneys for Plaintiffs*

Kevin Hardy
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8000

January 1, 2025